Richard P. Sybert, OSB No. 833714
Email: rsybert@grsm.com
Direct Dial: (619) 230-7768
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

John T. Mills (*Pro Hac Vice*)
Email: jtmills@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
Tel: (212) 269-5500
Fax: (212) 269-5505

*Attorneys for Defendant LegitScript, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PHARMACYCHECKER.COM LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LEGITSCRIPT LLC, <br><br> Defendant. | Case No. 3:22-cv-00252-SI <br><br> **DEFENDANT'S NOTICE OF LODGMENT AND REQUEST FOR STATUS CONFERENCE** |

NOTICE OF LODGMENT AND REQUEST FOR STATUS CONFERENCE – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Pursuant to the Court's directive at the October 13, 2022 Rule 16 conference, Defendant LegitScript LLC hereby provides the Court with Judge Karas' decision on the motion for summary judgment in the related case pending in the United States District Court for the Southern District of New York. Judge Karas granted defendants' joint motion for summary judgment on Plaintiff Pharmacychecker.com LLC's Sherman Act § 1 claim. The decision was made public on April 17, 2023 and LegitScript's counsel e-mailed it to this Court on that same day. The decision is attached hereto as Exhibit A.

Defendant requests the Court set a status conference to discuss the path moving forward for this case in light of the attached decision and order.

Dated: April 26, 2023

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Richard P. Sybert*
Richard P. Sybert, OSB No. 833714
rsybert@grsm.com
John T. Mills (*Pro Hac Vice*)
jtmills@grsm.com
*Attorneys for Defendant LegitScript, LLC*

NOTICE OF LODGMENT AND REQUEST FOR STATUS CONFERENCE – 2

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that on this **26th** day of **April, 2023**, the foregoing **DEFENDANT'S NOTICE OF LODGMENT AND REQUEST FOR STATUS CONFERENCE** was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all counsel of record in this matter.

GORDON REES SCULLY MANSUKHANI LLP

By: *s/ Richard P. Sybert*
Richard P. Sybert, OSB No. 833714
rsybert@grsm.com
John T. Mills (*Pro Hac Vice*)
jtmills@grsm.com
*Attorneys for Defendant LegitScript, LLC*

CERTIFICATE OF SERVICE – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600