Philip S. Van Der Weele, OSB #863650
phil.vanderweele@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200

Aaron Gott (*pro hac vice*)
aaron.gott@bonalawpc.com
BONA LAW PC
331 2nd Avenue, Suite 420
Minneapolis, MN 55401
Telephone: (612) 968-7758

James Lerner (*pro hac vice*)
james.lerner@bonalawpc.com
41 Madison Avenue, Suite 2509
New York, NY 10010
Telephone: (212) 634-6861

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| PHARMACYCHECKER.COM LLC, | Civil Action No.3:22-cv-00252-SI |
| *Plaintiff*, | |
| vs. | UNOPPOSED MOTION TO VACATE THE EXISTING CASE SCHEDULE |
| LEGITSCRIPT LLC, | |
| *Defendant*. | Judge Michael H. Simon |

## CERTIFICATION PURSUANT TO LOCAL RULE 7-1(a)

The plaintiff certifies that it has conferred with the defendant and the parties have agreed to file this unopposed motion to vacate the existing case schedule.

## MOTION

Plaintiff moves the Court for an order vacating the existing case schedule (Dkt. No. 260) given Defendant LegitScript's pending motion for summary judgment and discovery stay (Dkt. Nos. 269, 271), both of which PharmacyChecker.com continues to oppose.

## MEMORANDUM IN SUPPORT OF MOTION

1. On January 5, 2023, the Court granted Plaintiff's motion for extension of discovery deadlines (Dkt. No. 260). In that order, the Court directed that fact discovery be completed by November 27, 2023 and it set subsequent dates for the completion of expert discovery, *Daubert* and summary judgment motions.

2. Thereafter, on May 9, 2023, Defendant LegitScript filed a motion to stay discovery (Dkt. No. 269), and on June 1, 2023, LegitScript filed a motion for summary judgment limited to the issue of Plaintiff PharmacyChecker.com's antitrust standing (Dkt. No. 271).

3. Following oral argument, the Court took both motions under advisement on August 4, 2023.

4. Given the pending motions, the parties have stipulated that all upcoming case dates and deadlines should be vacated (Dkt. No. 260) and that new

case deadlines should be set if the Court denies LegitScript's motion for summary judgment.

Dated: October 23, 2023               Respectfully submitted,

*S/ Aaron Gott*
Aaron Gott (*pro hac vice*)
aaron.gott@bonalawpc.com
BONA LAW PC
331 2nd Avenue, Suite 420
Minneapolis, MN 55401
Telephone: (612) 968-7758

James Lerner (*pro hac vice*)
BONA LAW PC
41 Madison Avenue, Suite 2509
New York, NY 10010
james.lerner@bonalawpc.com

Philip S. Van Der Weele, OSB #863650
phil.vanderweele@klgates.com
K&L GATES LLP
One SW Columbia Street, Suite 1900
Portland, Oregon 97204
Telephone: (503) 228-3200

*Counsel for Plaintiff*
*PharmacyChecker.com*

Page 2- UNOPPOSED MOTION TO VACATE THE EXISTING CASE SCHEDULE

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of October, 2023, the foregoing Unopposed Motion to Vacate the Existing Case Schedule was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all counsel of record in this matter.

By: s/ Aaron Gott
Aaron Gott (*admitted phv*)
Bona Law PC
331 Second Avenue South, Suite 420
Minneapolis, MN 55401
aaron.gott@bonalawpc.com
(612) 284-5001

Page 1-    CERTIFICATE OF SERVICE