Richard P. Sybert, OSB No. 833714
rsybert@grsm.com
Direct Dial: (619) 230-7768
Hannah Brown (*pro hac vice*)
hbrown@grsm.com
Matthew Mejia (*pro hac vice*)
mmejia@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Tel: (503) 222-1075 /Fax: (503) 616-3600

John T. Mills (*Pro Hac Vice*)
Email: jtmills@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, NY  10004
Tel: (212) 269-5500 /Fax: (212) 269-5505

*Attorneys for Defendant LegitScript, LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| PHARMACYCHECKER.COM LLC, <br><br>　　　　　　Plaintiff, <br><br>　vs. <br><br>LEGITSCRIPT LLC, <br><br>　　　　　　Defendant. | Case No. 3:22-cv-00252-SI <br><br> **DEFENDANT'S NOTICE OF LODGMENT** |

NOTICE OF LODGMENT – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

Following the oral argument on August 4, 2023, the parties submitted post-hearing briefs. (Dkt. No. 281, 282.) As an attachment to its post-hearing brief, Plaintiff PCC attached its Statement of Material Facts in Opposition to Defendants' Motion for Summary Judgment filed in the related case pending in the United States District Court for the Southern District of New York (Dkt. No. 282-2). Defendant LegitScript LLC has since received from PCC the unredacted versions of the parties' filings in that SDNY case.

Accordingly, and to complete the record, LegitScript hereby files as <u>Exhibit A</u> hereto the SDNY Defendants' reply to that statement of material facts.

Dated: November 1, 2023

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Richard P. Sybert*
    Richard P. Sybert, OSB No. 833714
    rsybert@grsm.com
    *Attorneys for Defendant LegitScript, LLC*

NOTICE OF LODGMENT – 2

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that on this **1st** day of **November, 2023**, the foregoing **DEFENDANT'S NOTICE OF LODGMENT** was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all counsel of record in this matter.

GORDON REES SCULLY MANSUKHANI LLP

By: *s/ Richard P. Sybert*
    Richard P. Sybert, OSB No. 833714
    rsybert@grsm.com
    John T. Mills (pro hac vice)
    Attorneys for Defendant
    LEGITSCRIPT, LLC

NOTICE OF LODGMENT – 3

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600