Richard P. Sybert, OSB No. 833714
rsybert@grsm.com
Direct Dial: (619) 230-7768
Hannah Brown (*Pro Hac Vice*)
hbrown@grsm.com
Matthew Mejia (*Pro Hac Vice*)
mmejia@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

John T. Mills (*Pro Hac Vice*)
jtmills@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, NY  10004
Tel: (212) 269-5500
Fax: (212) 269-5505

*Attorneys for Defendant LegitScript LLC*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| PHARMACYCHECKER.COM LLC, <br><br>            Plaintiff, <br><br>     vs. <br><br> LEGITSCRIPT LLC, <br><br>            Defendant. | Case No. 3:22-cv-00252-SI <br><br> **Notice of Withdrawal of Attorney** |

Notice of Withdrawal of Attorney – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to L.R. 83-11(b), the following attorney is no longer counsel of record for Defendants Legitscript LLC:

Matthew R. Mejia
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201

All notices and service should be directed to the following attorneys, who are currently counsel of record in this case, as follows:

Richard P. Sybert
rsybert@grsm.com
Hannah Brown (Pro Hac Vice)
hbrown@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (503) 222-1075
Fax: (503) 616-3600

Dated: July 10, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Richard P. Sybert*
Richard P. Sybert, OSB No. 833714
rsybert@grsm.com
John T. Mills (*Pro Hac Vice*)
jtmills@grsm.com
*Attorneys for Defendant LegitScript, LLC*

Notice of Withdrawal of Attorney – 2

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600