Richard P. Sybert, OSB No. 833714
Holly L.K. Heffner (*Pro Hac Vice*)
Hannah Brown (*Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Tel: (619) 230-7768 (Sybert direct)
Tel: (503) 222-1075
Fax: (503) 616-3600
rsybert@grsm.com
hheffner@grsm.com
hbrown@grsm.com

John T. Mills (*Pro Hac Vice*)
GORDON REES SCULLY MANSUKHANI, LLP
One Battery Park Plaza, 28th Floor
New York, NY  10004
Tel: (212) 269-5500
Fax: (212) 269-5505
jtmills@grsm.com

Christopher J. Pallanch, OSB no. 075864
Sadie Y. Concepcion, OSB no. 185015
Paul Balmer, OSB no. 203429
TONKON TORP LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR  97201
Tel: 503-802-2104 (Pallanch direct)
Tel: 503-802-5773 (Concepcion direct)
Tel: 503-802-5745 (Balmer direct)
Christopher.pallanch@tonkon.com
Sadie.concepcion@tonkon.com
Paul.balmer@tonkon.com

*Attorneys for Defendant LegitScript LLC*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| PHARMACYCHECKER.COM LLC, <br><br> Plaintiff, <br><br> vs. <br><br> LEGITSCRIPT LLC, <br><br> Defendant. | Case No. 3:22-cv-00252-SI <br><br> **DECLARATION OF HOLLY L.K. HEFFNER IN SUPPORT OF DEFENDANT LEGITSCRIPT LLC'S RESPONSE TO PHARMACYCHECKER.COM LLC'S MOTION TO COMPEL DISCOVERY** |

DECLARATION IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL – 1

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600

I, Holly L.K. Heffner, hereby declare:

1. I am a partner at Gordon Rees Scully Mansukhani, LLP ("GRSM") counsel for - Defendant LegitScript LLC ("LegitScript") in the above-captioned matter. I make this declaration in support of LegitScript's motion for reconsideration of the Court's order on Plaintiff PharmacyChecker.com LLC's ("PCC") motion to compel discovery (ECF 332).

2. I have personal knowledge of the facts set forth below unless stated on information and belief and, as to such matters, I believe them to be true based on my experience as counsel of record for LegitScript including without limitation my review of GRSM business records regularly made at or near the time of the events memorialized thereby and maintained in the ordinary course of business by myself and other individuals staffed on this matter and with knowledge of the information contained therein. If called as a witness, I could and would competently testify as set forth below.

3. On February 13, PCC proposed search terms for its Requests for Production ("RFP"), Sets Two and Three.

4. Our document vendor, TCDI, has run the terms and performed e-mail threading to reduce the population and PCC's terms for all three RFP sets results in 1,187,405 documents for which TCDI estimates $1,377,500 to review.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on this 10th day of March 2026 in San Diego, California.

*s/ Holly L.K. Heffner*
Holly L.K. Heffner (Pro Hac Vice)

DECLARATION IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL – 2

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 222-1075
Facsimile: (503) 616-3600