UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| PHARMACYCHECKER.COM LLC,<br>*Plaintiff*,<br>vs.<br>LEGITSCRIPT LLC,<br>*Defendant*. | Civil Action No.3:22-cv-00252-SI<br><br>JOINT STIPULATION TO DISMISS PLAINTIFF PHARMACYCHECKER.COM LLC'S CLAIMS AGAINST DEFENDANT LEGITSCRIPT LLC WITH PREJUDICE<br><br>Judge Michael H. Simon |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff PharmacyChecker.com LLC and Defendant LegitScript LLC hereby stipulate to dismissal of PharmacyChecker.com's action against LegitScript with prejudice. This Request applies only to Plaintiff's action against LegitScript, and has no effect whatsoever on Plaintiff's claims as to any other defendant in any other action.

DATED: May 11, 2026

*/s/ Aaron Gott*

Aaron Gott (admitted *pro hac vice*)
aaron.gott@bonalawpc.com
BONA LAW PC
331 2nd Avenue, Suite 420
Minneapolis, MN 55401
Telephone: (612) 968-7758

James Lerner (admitted *pro hac vice*)
james.lerner@bonalawpc.com
Aaron Lawrence (admitted *pro hac vice*)
aaron.lawrence@bonalawpc.com
BONA LAW PC
16 Madison Square Park West
Ninth Floor
New York, NY 10010
Telephone: (212) 634-6861

Joseph Trujillo (admitted *pro hac vice*)
joseph.trujillo@bonalawpc.com
BONA LAW PC
4275 Executive Square, Suite 200
La Jolla, CA 92037
Telephone: (858)964-4589

Philip S. Van Der Weele, OSB No. 863650
K&L Gates LLP
One SW Columbia Street, Suite 1900
Portland OR 97204
phil.vanderweele@klgates.com

*Counsel for Plaintiff*

DATED: May 11, 2026

*/s/ Christopher Pallanch*

Christopher Pallanch, OSB No. 075864
Paul Balmer, OSB No. 203429
Lauren Bernton, OSB No. 163439
Tonkon Torp LLP
1300 SW 5th Avenue, Suite 2400
Portland OR 97201
christopher.pallanch@tonkon.com
paul.balmer@tonkon.com
lauren.bernton@tonkon.com

Richard P. Sybert, OSB No. 833714
Holly L.K. Heffner (admitted *phv*)
Gordon Rees Scully Mansukhani, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
rsybert@grsm.com
hheffner@grsm.com

*Counsel for Defendant LegitScript LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of May, 2026, the foregoing JOINT STIPULATION TO DISMISS PLAINTIFF PHARMACYCHECKER.COM LLC'S CLAIMS AGAINST DEFENDANT LEGITSCRIPT LLC WITH PREJUDICE was filed electronically with the Clerk of the Court using the CM/ECF system which will send a notification of such filing to all counsel of record in this matter.

By: s/ *Aaron Gott*
Aaron Gott (admitted *phv*)
Bona Law PC
331 Second Avenue South,
Suite 420
Minneapolis, MN 55401
aaron.gott@bonalawpc.com
(612) 284-5001